UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80413-CIV-ALTMAN/Brannon

**NELSON FERNANDEZ**,

    *Plaintiff*,

v.

**LOUIS VUITTON NORTH AMERICA, INC.**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal with Prejudice [ECF No. 9]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of May 2020.

                                                                      _____
                                                                      **ROY K. ALTMAN**
                                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record